# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: PHILLIP EDWARD DIAMOND JR                    CASE NUMBER: 2240377
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __6/8/2022__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

JEFFERSON CAPITAL SYSTEMS LLC,PO BOX 7999,ST CLOUD MN 56302-9617
PHILLIP EDWARD DIAMOND JR,8041 SW 1ST ST,BLUE SPRINGS MO 64014

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __6/8/2022__          Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  **PHILLIP EDWARD DIAMOND JR**

**Case No.:  22-40377-drd-13**

**Debtor**

## REQUEST TO REDACT OR RESTRICT AND WAIVE FEE

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and files this Request to Redact or Restrict and Waive Fee and in support states as follows:

1. A supporting document attached to Court claim number 13 filed by creditor JEFFERSON CAPITAL SYSTEMS LLC on 06/01/2022 contains the following violation(s) of Federal Rule of Bankruptcy Procedure 9037:

   - attached documents are not meant for this case

2. The trustee requests that page(s) 9, 10, 11, & 12 of Court claim number 13 be expunged from the Court record.

3. The trustee also requests that the filing fee be waived.

WHEREFORE, based on the foregoing, the trustee requests the Court grant this Request to Redact or Restrict and Waive Fee and enter an order directing page(s) 9, 10, 11, & 12 of Court claim number 13 to be expunged from the Court record and to waive the filing fee.

June 07, 2022

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)
JEFFERSON CAPITAL SYSTEMS LLC (221670)

/s/ Richard V. Fink, Trustee

Request for Response and Waiver Fee